shot Graves in the head with a .22 pistol. Sharply disputing this narrative, the defendant offered evidence to the effect that the State's witness, McMillan, had shot Graves with a .22 pistol while the defendant was not present. The jury found defendant guilty of second-degree murder and judgment was entered thereon imposing 25 to 30 years prison sentence.

*Attorney General Robert Morgan by Assistant Attorney General Walter E. Ricks III for the State.*

*Olive, Howard, Downer, Williams & Price by Paul J. Williams for defendant appellant.*

PARKER, Judge.

Defendant has brought forward eight assignments of error, excepting to various portions of the trial court's instructions to the jury. We have diligently examined each and find none to be well taken. In no instance did the trial court either express an opinion, misstate the law, or confuse the jury. This hard-fought case presented the jury with two opposing factual situations. A murder had been committed; the question was, by whom. The jury chose to believe the State's evidence rather than the defendant's, and the record indicates that it did so after being fully apprised of the law and unaware of any judicial leaning.

No error.

Judges CAMPBELL and HEDRICK concur.

STATE OF NORTH CAROLINA v. WAYNE KEITH WEEKS

No. 7418SC471

(Filed 3 July 1974)

APPEAL by defendant from *Kivett, Judge,* at the 12 November, 1973 Regular Criminal Session of GUILFORD Superior Court (Greensboro Division).

Heard in the Court of Appeals 20 June 1974.

Defendant was charged in a bill of indictment in proper form with the felony of armed robbery on 6 July 1973. The crime

State v. Snuggs

occurred in a place of business owned by Margaret Johnson on West Lee Street in the City of Greensboro, which was operated under the trade name "The Shoe String". Mabel M. May and Louise Parks were clerks in the store at the time. The defendant used a handgun to force the two clerks to open the cash register and give him the contents thereof, which amounted to nearly $300. The defendant entered a plea of not guilty. The jury found him guilty of the offense charged, and from the imposition of a sentence of imprisonment for not less than sixteen nor more than twenty-two years in the State Department of Corrections, the defendant appealed.

*Attorney General Robert Morgan by Associate Attorney John R. Morgan for the State.*

*Public Defender Wallace C. Harrelson for defendant appellant.*

CAMPBELL, Judge.

This appeal presents only the face of the record for our review. We have carefully reviewed the record and find no prejudicial error.

No error.

Chief Judge BROCK and Judge HEDRICK concur.

---

STATE OF NORTH CAROLINA v. MARTHA JANE SNUGGS

No. 7419SC533

(Filed 3 July 1974)

APPEAL by defendant from *Lupton, Judge,* at 4 February 1974 Session of RANDOLPH Superior Court.

Heard in the Court of Appeals 21 June 1974.

Defendant was charged in a bill of indictment in proper form with the felony of murder. She was placed on trial for second-degree murder in the slaying of Rosada Coble on 11 November 1973. The defendant entered a plea of not guilty. The jury returned a verdict of guilty of second-degree murder, and